# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00605-CR
### NO. 03-08-00606-CR

**Heather Ledisky, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
NOS. D-1-DC-08-202465 & D-1-DC-08-907240, HONORABLE WILFORD FLOWERS,
JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Heather Ledisky has filed a pro se motion to withdraw her notices of appeal, explaining that she does not wish to pursue her appeals. We grant the motion and dismiss both appeals.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:  December 19, 2008

Do Not Publish